**Order entered August 25, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00946-CV

### MAURICE SAULS, Appellant

### V.

### DALLAS COUNTY, ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-14-30227**

## ORDER

Before the Court is appellant's August 7, 2015 motion for an extension of time to file a notice of appeal. The trial court signed the judgment on June 1, 2015. It does not appear that appellant filed a timely post-judgment motion extending the appellate timetable. *See* TEX. R. APP. P. 26.1(a). Accordingly, the notice of appeal was due on July 1, 2015, thirty days after the date the judgment was signed. *See* TEX. R. APP. P. 26.1. Appellant filed his notice of appeal on August 7, 2015, more than sixty days past the deadline. Accordingly, we **DENY** appellant's motion for an extension of time.

Appellant states in his motion that he was not informed of the hearing. If appellant intends to pursue a restricted appeal, the notice of appeal does not meet the requirements for a restricted appeal. *See* TEX. R. APP. P. 25.1(d)(7)(A)-(C); 26.1(c); and 30. On the Court's own

motion, we **ORDER** appellant to file, by **SEPTEMBER 14, 2015**, either a notice of restricted appeal in accordance with rule of appellate procedure 25.1(d)(7)(A)-(C) or a letter brief of no more than three pages explaining how this Court has jurisdiction over the appeal. We caution appellant that failure to file either a notice of restricted appeal or a letter brief by the date specified will result in dismissal of the appeal without further notice.

/s/  ELIZABETH LANG-MIERS
    JUSTICE